IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD THOMAS, ) | No. C 14-0341 LHK (PR) |
| ) Petitioner, ) | JUDGMENT |
| vs. ) | |
| WARDEN SUSAN HUBBARD, ) | |
| ) Respondent. ) | |

The court dismissed the instant action. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/8/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.14\Thomas 341jud.wpd